IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : MDL DOCKET NO. 1332 <br> : <br> : Hon. J. Frederick Motz |
| This Document Relates To: <br><br> *Luce* v. *Microsoft Corp.*, MDL No. 1:00-01740 | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto by their undersigned counsel, and approved by the Court, that the case of *Luce* v. *Microsoft Corporation*, MDL No. 1:00-01740, including all claims alleged by plaintiff against Microsoft therein, is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED, on this, the __ day of _____, 2004.

_____
Honorable J. Frederick Motz

Agreed to:

Counsel for Defendant

*[signature]*

David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Counsel for Plaintiff

*[signature]*

Mario N. Alioto
TRUMP, ALIOTO, TRUMP &
PRESCOTT LLP
2280 Union Street
San Francisco, CA  94123
(415) 447-1496