FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2004 JUL 13 P 3:02
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP. ANTITRUST LITIGATION

: MDL DOCKET NO. 1332

: Hon. J. Frederick Motz

This Document Relates To:

*Luce* v. *Microsoft Corp.*, MDL No. 1:00-01740

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto by their undersigned counsel, and approved by the Court, that the case of *Luce* v. *Microsoft Corporation*, MDL No. 1:00-01740, including all claims alleged by plaintiff against Microsoft therein, is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED, on this, the 12th day of July, 2004.

Honorable J. Frederick Motz

Agreed to:

Counsel for Defendant

David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Counsel for Plaintiff

Mario N. Alioto
TRUMP, ALIOTO, TRUMP &
PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
(415) 447-1496